*In re* José A. Vázquez Borrero.

*Número*: 5966          *Resuelto*: 13 de noviembre de 1991

---

*Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías,* en Informe; *José A. Vázquez Borrero, pro se.*

PER CURIAM: El 18 de enero de 1990, luego de haber examinado el Informe del Director de la Oficina de Inspección de Notarías de 4 de enero de 1990 sobre la obra notarial del Lcdo. José A. Vázquez Borrero, le concedimos término para que mostrara causa por la cual no debía ser separado indefinidamente del ejercicio del notariado y por qué no debía ser disciplinado como abogado.

El 15 de febrero de 1990 el licenciado Vázquez Borrero compareció e informó, con respecto a las deficiencias señaladas, lo siguiente:

2- Que la inmensa mayoría de las deficiencias señaladas por la Oficina de Inspector de Protocolos han sido subsanadas.

3- Que las deficiencias fueron foliadas con sus índices, se han puesto los sellos de Rentas Internas, se ha encuadernizado y protocolizado los siguientes protocolos:— 1980, 1981, 1983 y 1984.

4- Que también los resúmenes de affidavits están en libro y se han puesto los sellos del Colegio de Abogados (los cuales fueron unos centenares).

5- Que solamente faltaría presentar los resúmenes semanales y/o mensuales donde se informa haber hecho escritura o affidavit. Desearía adelantar que todos esos informes son negativos, no violándose el tener que informar al Tribunal Supremo alguna escritura o affidavit durante ese tiempo.

6- Faltaría además, producir la escritura del 1 de julio de 1985; el resto de los años no he hecho affidavits ni ningún tipo de escritura. Moción explicativa y solicitud de prórroga, pág. 1.

Con relación a las razones para su incumplimiento, expresó lo siguiente:

7- Que las razones que he tenido de no informar los índices

notariales se debió en primer lugar en que todos los informes eran negativos y la razón más importante es que este abogado que suscribe estuvo un tiempo, por intérvalo separado de esta profesión por razón de salud. En varias ocasiones fuí hospitalizado en los mejores hospitales de P.R. y fuera de [él]l. Los últimos meses que estuve hospitalizado fue en la Ciudad de Méjico en el Hospital Monte Fénix desde junio del año mil novecientos ochenta y nueve.

8- Que mi salud se ha ido deteriorando a partir del año 1989, cuando fui objeto de un asalto, saliendo herido del mismo. A partir de entonces estuve hospitalizado en varios hospitales ocupándome mayormente de mi salud, y descuidando [o] no haciendo más ningún tipo de actividad notarial. Moción explicativa y solicitud de prórroga, págs. 1–2.

En dicha comparecencia solicitó dos (2) semanas para terminar de corregir las deficiencias.

El 1ro de marzo de 1990 concedimos al licenciado Vázquez Borrero veinte (20) días para corregir las deficiencias y rendir al Tribunal un informe final.

El 24 de octubre de 1991, sin que el licenciado Vázquez Borrero hubiese comparecido, el Director de la Oficina de Inspección de Notarías compareció y nos informó que una reinspección de la obra notarial de dicho notario reflejó lo siguiente:

En síntesis, con relación a nuestro informe anterior del 27 de enero de 1989, al día de hoy subsiste:
1. Todas las deficiencias de sellos de Rentas Internas e Impuesto Notarial, en todos los protocolos.
2. $18.00 en estampillas de Asistencia Legal.
3. Algunas escrituras sin firmar la nota de saca.
4. Status de la Escritura núm. 7 del Protocolo del año 1980 que estaba suelta, sin encuadernar y sin incluirse en el índice.
5. La no disponibilidad de la escritura núm. 1 del año 1985, que el notario no recordaba haberla otorgado y que fue informado por usted al Honorable Tribunal Supremo, en su misiva del 4 de enero de 1990. Informe de 10 de octubre de 1991, pág. 2.

De todo lo antes expuesto surge que, a pesar de que en febrero de 1990 el licenciado Vázquez Borrero nos informó que había subsanado todas las deficiencias respecto a se-

llos de rentas internas, impuesto notarial y estampillas de Asistencia Legal; que "la inmensa mayoría de las deficiencias señaladas" habían sido subsanadas, y que en dos (2) semanas terminaría de corregir "las pocas deficiencias notariales" que faltaban, la reinspección de su obra notarial refleja que aún subsisten *todas* las deficiencias en sellos de rentas internas y notariales, además de un número de otras deficiencias. Lo antes expuesto también refleja, de parte del licenciado Vázquez Borrero, una reiterada desatención a las órdenes de este Tribunal y un claro menosprecio a sus responsabilidades y deberes como notario. *In re Octaviani Muñoz*, 125 D.P.R. 64 (1989); *In re Ralat Pérez*, 124 D.P.R. 745 (1989); *In re Ayala Hernández*, 121 D.P.R. 758 (1988); P. Malaret Vega, *Manual de Derecho Notarial Puertorriqueño*, Santo Domingo, Ed. Corripio, 1988, Cap. II, págs. 32–71.

Por todo lo antes expuesto, *se dictará sentencia en la que se suspende al Lcdo. José A. Vázquez Borrero por tiempo indefinido del ejercicio de la notaría, y como abogado provisionalmente, hasta tanto subsane todas las deficiencias señaladas y este Tribunal lo reinstale. Éste deberá, además, dentro del término de treinta (30) días contados a partir de la notificación de esta opinión, informar a este Tribunal de sus gestiones para corregir las deficiencias.*